UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOUCETTE,<br><br>                Plaintiff,<br><br>    v.<br><br>COUNTY OF SACRAMENTO; DEPUTY MARTIN CROSBY; SERGEANT DAVID CUNEO; DEPUTY CORY MOORE and DOES 1-100 inclusive,<br><br>                Defendants. | 2:05-cv-01362-GEB-KJM<br><br><u>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND FED. R. CIV. P. 4(m) WARNING</u> |

         The Joint Status Report filed September 20, 2005, reveals that this case is not ready to be scheduled.[1] Therefore, the Status (Pretrial Scheduling) Conference currently scheduled for October 3, 2005, is

/////

/////

/////

/////

---

[1] It is noted that the Joint Status Report was filed on September 20, one day late. Counsel are warned that a future failure to comply with a Rule 16 filing requirement could result in sanctions.

1

continued to December 12, 2005, at 9:00 a.m.  A joint status report shall be filed no later than November 28, 2005.[2]

Further, Plaintiff is hereby notified that any Defendant not served by November 4, 2005, could be dismissed from this action without prejudice under Federal Rule of Civil Procedure 4(m).  To avoid dismissal, a proof of service shall be filed for each served Defendant no later than November 8, 2005.  However, if Plaintiff believes he has good cause to justify extension of Rule 4(m)'s 120-day service period for a defendant, that shall be shown in a declaration required to be filed no later than November 8, 2005.

IT IS SO ORDERED.

Dated:  September 21, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge

---

[2] The failure of one or more of the parties to participate in the preparation of a joint status report does not excuse the other parties from their obligation to timely file a status report in accordance with this Order.  In the event a party fails to participate as ordered, the party timely submitting the status report shall include a declaration explaining why it was unable to obtain the cooperation of the other party or parties.