LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendants, County of Sacramento
Martin Crosby,
David Cuneo, and
Deputy Cory Moore

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOUCETTE ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> COUNTY OF SACRAMENTO; DEPUTY ) <br> MARTIN CROSBY; SERGEANT DAVID ) <br> CUNEO; DEPUTY CORY MOORE and ) <br> DOES 1-100 inclusive ) <br> ) <br> Defendants. ) <br> ——————————————————— ) | CASE NO.:   2:05-CV-01362-GEB-KJM <br><br> Complaint Filed:   August 18, 2005 <br><br> **STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AND [PROPOSED] ORDER** |

Plaintiff Mark Doucette, by and through his attorney of record, Deborah Barron, Esq. and Defendants, by and through their attorney, John Lavra, Esq. hereby stipulate to a modification of the court's scheduling order by extending the time within which to disclose expert witnesses from April 17, 2006 to June 15, 2006.

The parties further agree and stipulate that there is good cause to extend the time within which to disclose expert witnesses due to delays and difficulties in obtaining medical records from the Plaintiff's treating physicians and surgeons, including but not limited to his treating surgeon for the injuries at issue in this case, and records of medical treatment from out of state providers. These delays have impacted the schedule of an independent medical examination of the Plaintiff which

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

Stipulation and Order to Modify Scheduling Order

Page 1

has now been scheduled for April 17, 2006. As a result of the examination schedule, it would be impossible to provide expert reports on the current exchange date of April 17, 2006, thereby necessitating the need for an extension.

**IT IS SO STIPULATED:**

DATED: March 14, 2006                LONGYEAR, O'DEA & LAVRA


By:  /s/ John A. Lavra
     JOHN A. LAVRA
     JERI L. PAPPONE
     Attorneys for Defendants


DATED:                               LAW OFFICES OF DEBORAH BARRON


By_____
   Deborah Barron, Esq.
   Attorney for Plaintiff


Pursuant to the stipulation of the parties the Pre Trial Scheduling Order is hereby modified to require expert disclosures no later than June 15, 2006.

Dated: April 13, 2006

```
/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge
```

LONGYEAR, O'DEA
& LAVRA, LLP
3620 American River
Drive, Suite 230
Sacramento, CA
95864
(916) 974-8500

Stipulation and Order to Modify Scheduling Order

Page 2