LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, California 95864-5923
Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendants, County of Sacramento
Martin Crosby,
David Cuneo, and
Deputy Cory Moore



FILED
JUN 1 9 2006
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOUCETTE<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; DEPUTY MARTIN CROSBY; SERGEANT DAVID CUNEO; DEPUTY CORY MOORE and DOES 1-100 inclusive<br><br>    Defendants. | CASE NO.:  2:05-CV-01362-GEB-KJM<br><br>Complaint Filed:  August 18, 2005<br><br>**STIPULATION FOR MODIFICATION OF SCHEDULING ORDER AND [PROPOSED] ORDER** |

    Plaintiff Mark Doucette, by and through his attorney of record, Deborah Barron, Esq. and Defendants, by and through their attorney, John Lavra, Esq. hereby stipulate to a modification of the court's scheduling order by extending the time within which to disclose expert witnesses from June 15, 2006 to July 5, 2006, and consequently, rebuttal expert disclosures be continued until July 20, 2006.

    The parties further agree and stipulate that there is good cause to extend the time within which to disclose expert witnesses due to the illness of one of Plaintiff's expert witnesses, who has been unable to complete his/her report, due to his/her illness, thereby necessitating the need for an extension.

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

Stipulation and Order to Modify Scheduling Order

Page 1

**IT IS SO STIPULATED:**

DATED: June 15, 2006        LONGYEAR, O'DEA & LAVRA


By:   /s/ John A. Lavra
      JOHN A. LAVRA
      JERI L. PAPPONE
      Attorneys for Defendants


DATED:                      LAW OFFICES OF DEBORAH BARRON


By    /s/ Deborah Barron
      Deborah Barron, Esq.
      Attorney for Plaintiff


IT IS SO ORDERED

   Pursuant to the stipulation of the parties and for good cause appearing the Pre Trial Scheduling Order is hereby modified to require expert disclosures no later than July 5, 2006, and rebuttal expert disclosures no later than July 20, 2006.

DATED: 6-19-06

                            JUDGE OF UNITED STATES DISTRICT COURT

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

Stipulation and Order to Modify Scheduling Order

Page 2