1  Deborah Barron, Esq. State Bar No. 153840
   LAW OFFICES OF DEBORAH BARRON
2  1900 Point West Way, Suite 200
   Sacramento, CA 95815
3  Telephone: (916) 486-1712
   Facsimile: (916) 927-5524
4  Email: deborah.barron@barronlaw.com

5  Charles A. Bonner, Esq., State Bar No. 85413
   LAW OFFICES OF CHARLES A. BONNER
6  1913 Bridgeway
   Sausalito, CA 94965
7  Telephone: (415) 331-3070
   Facsimile: (415) 331-2738
8  Email: cbonner799@aol.com

9  Attorneys for Plaintiff MARK DOUCETTE

10 John A. Lavra
   Jeri L. Pappone
11 Longyear, O'Dea & Lavra, LLP
   3620 American River Drive, Suite 230
12 Sacramento, CA 95864-5923
   Tel: (916) 974-8500
13 Fax: (916) 974-8510

14 Attorneys for Defendants COUNTY OF SACRAMENTO, DEPUTY
   MARTIN CROSBY, SERGEANT DAVID CUNEO,
15 DEPUTY CORY MOORE

16
                    UNITED STATES DISTRICT COURT
17
          IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA
18

19 MARK DOUCETTE,                         ) Case No.: 2:05-CV-01362-GEB-KJM
                                          )
20              Plaintiff,                ) **STIPULATION AND ORDER TO**
   vs.                                    ) **EXTEND THE DATE TO FILE**
21                                        ) **JOINT PRE-TRIAL STATEMENT**
   COUNTY OF SACRAMENTO, DEPUTY           ) **AND DATE OF PRE-TRIAL**
22 MARTIN CROSBY, SERGEANT DAVID CUNEO,   ) **CONFERENCE**
   DEPUTY CORY MOORE, AND DOES 1 through  )
23 100, inclusive,                        )
                                          )
                Defendants.               )
24 _____)

25
         Plaintiff, Mark Doucette, acting through his counsel, Deborah Barron, and defendant,
26
   County of Sacramento, Deputy Martin Crosby, Sergeant David Cuneo, and, Deputy Cory Moore by
27
   and through their designated counsel, John Lavra, stipulate to the following:

-1-
_____
Stipulation and Order to Extend the Date to File Joint Pre-Trial Statement

1. The date to file the Joint Pre-trial Statement is extended from December January 8, 2007 to February 16, 2007 . The Pre-Trial Conference is continued to February 26, 2007 or another date available on the Court's calendar.

The grounds for such continuance are based on the fact that all parties, their counsel and the mediator were not able to find a mutual available date for a mediation until January 29, 2007.  The matter will be mediated by Daniel Quinn of Stockton on that date.   The parties are hopeful the case will settle with the assistance of a professional mediator.

                              Respectfully submitted,

DATED: December 18, 2006         LAW OFFICES OF DEBORAH BARRON

                              s/s Deborah Barron
                              DEBORAH BARRON
                              Attorney for Plaintiff

DATED: December 18, 2006         LONGYEAR, O'DEA AND LAVRA

                              s/s John Lavra
                              JOHN LAVRA
                              Attorney for Defendants

**ORDER**

IT IS HEREBY ORDERED THAT:

The date to file the Joint Pre-trial Statement is extended from January 8, 2007 to February 16, 2007 . The Pre-Trial Conference is rescheduled to commence at 2:30 p.m. on February 26, 2007.[1]

Dated:  December 20, 2006

                              GARLAND E. BURRELL, JR.
                              United States District Judge

---

[1] Accommodating the parties' requested modifications necessarily reduces the amount of time between the trial commencement date of April 3, 2007, and the final pretrial conference. Because of this reduction, it is unlikely that a settlement conference supervised by a federal judge will be scheduled in this action.

| | |
|---|---|
| CASE NAME : | DOUCETTE v. COUNTY OF SACRAMENTO, ET AL. |
| COURT : | U.S. DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA |
| CASE NO. : | 2:05-CV-01362-GEB-KJM |

**PROOF OF SERVICE**

U.S. District Court        )
                           )  ss
Eastern District of California  )

I am employed in the County of Sacramento, State of California. I am over the age of 18 and am not a party to the within action; my business address is 1900 Point West Way, Suite 200, Sacramento, California 95815

On December 18, 2006, I served on the parties of record in this action the foregoing document described as: **STIPULATION AND ORDER** by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| John A. Lavra<br>Jeri L. Pappone<br>Longyear, O'Dea & Lavra, LLP<br>3620 American River Drive, Suite 230<br>Sacramento, CA 95864-5923<br>Tel: (916) 974-8500<br>Fax: (916) 974-8510 | Charles A. Bonner, Esq./SBN 85413<br>Law Offices of Charles Bonner<br>1913 Bridgeway<br>Sausalito, CA 94965<br>Telephone: (415) 331-3070<br>Facsimile: (415) 331-2738 |

[ ]   BY MAIL - as follows: I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Sacramento, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ x ]   BY FACSIMILE TRANSMISSION - I caused to be served by facsimile transmission at _____ a.m./p.m. at the following facsimile machine telephone number:

[X]   BY EMAIL: cbonner799@aol.com ; lavra@lolllp.com

[ ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X ]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on December 18, 2006, at Sacramento, California

_____
Nancy Williamson