LONGYEAR, O'DEA & LAVRA, LLP

3620 American River Drive, Suite 230
Sacramento, California 95864-5923

Tel: 916-974-8500 Fax: 916 974-8510

JOHN A. LAVRA, CSB No. 114533
JERI L. PAPPONE, CSB No. 210104

Attorneys for Defendants, County of Sacramento
Martin Crosby,
David Cuneo, and
Deputy Cory Moore

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOUCETTE<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; DEPUTY MARTIN CROSBY; SERGEANT DAVID CUNEO; DEPUTY CORY MOORE and DOES 1-100 inclusive<br><br>    Defendants. | CASE NO.:   2:05-CV-01362-GEB-KJM<br><br>Complaint Filed:   August 18, 2005<br>TRIAL DATE:   April 3, 2007<br><br>**REQUEST AND STIPULATION TO CONTINUE PRE TRIAL CONFERENCE** |

The Plaintiff MARK DOUCETTE, by and through his attorney of record, Deborah Barron, and Defendants, and each of them, through their attorney John Lavra, request that the final pre trial conference presently scheduled for March 12, 2007, be continued for a period of two weeks or to a date as ordered by the court.  This stipulation is based upon the grounds that the pretrial conference was previously set for February 26, 2007.  On January 29, 2007, the parties attended a private mediation wherein this case was settled with one provision of the settlement agreement requiring that the amount of the settlement be approved by the Sacramento County Risk Management.  Defendants do not anticipate problems with respect to the approval

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

**REQUEST AND STIPULATION TO CONTINUE PRE TRIAL CONFERENCE**

Page 1

of the settlement amount.

Defendants anticipate that if the pre trial conference is continued for a period of two weeks or to a date thereafter as ordered by the court, that the appropriate stipulations for dismissal will be filed, concluding this case.

DATED: February 27, 2007          LONGYEAR, O'DEA & LAVRA

By:     /s/ John A. Lavra
        JOHN A. LAVRA
        JERI L. PAPPONE
        Attorneys for Defendants

DATED:   February 28, 2007         LAW OFFICES OF DEBORAH BARRON

By      /s/   Deborah Barron
        Deborah Barron, Esq.
        Attorney for Plaintiff

IT IS SO ORDERED.

Based upon the stipulation and request of the parties, the Pre Trial Conference scheduled for March 12, 2007 is continued to March 26, 2007, at 2:30 p.m.

Dated: February 28, 2007

GARLAND E. BURRELL, JR.
United States District Judge

LONGYEAR, O'DEA & LAVRA, LLP
3620 American River Drive, Suite 230
Sacramento, CA 95864
(916) 974-8500

**REQUEST AND STIPULATION TO CONTINUE PRE TRIAL CONFERENCE**

**Page 2**