1
2
3
4
5
6
7
8
9
10
11

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

```
MARK DOUCETTE,                      )
                                    )    2:05-cv-01362-GEB-KJM
                 Plaintiff,         )
                                    )    ORDER
     v.                             )
                                    )
COUNTY OF SACRAMENTO; DEPUTY        )
MARTIN CROSBY; SERGEANT DAVID       )
CUNEO; DEPUTY CORY MOORE,           )
                                    )
                 Defendants.        )
                                    )
```

Pursuant to the stipulation of counsel filed on February 28, 2007, the Final Pretrial Conference ("FPC") was rescheduled to commence on March 26, 2007, at 2:30 p.m.  Subsequent to the continuance of the FPC, Plaintiff Mark Doucette filed a document on March 1, 2007, in which he purports to represent himself at the same time that he is being represented by counsel.  Allowing this type of representation is a discretionary decision.  28 U.S.C. § 1654 (stating that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein.").  A party in a civil case has no right to be co-counsel

alongside his attorney.  Since I will not allow Plaintiff to engage in hybrid representation, his letter filed March 1, 2007, is deemed stricken.

Further, the parties shall attach to their joint pretrial statement trial briefs;[1] proposed jury instructions and verdict forms; and objections to any exhibit.[2]

Dated:  March 5, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] Trial briefs must include "a summary of points of law, including reasonably anticipated disputes concerning admissibility of evidence, legal arguments, and citations of authority in support thereof."  Local Rule 16-285(a)(3).

[2] The failure to make an objection as stated shall constitute a waiver of objections.