UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DOUCETTE,<br><br>                Plaintiff,<br><br>     v.<br><br>COUNTY OF SACRAMENTO; DEPUTY MARTIN CROSBY; SERGEANT DAVID CUNEO; DEPUTY CORY MOORE,<br><br>                Defendants. | 2:05-cv-01362-GEB-KJM<br><br>ORDER |

        In light of the Stipulation filed on March 8, 2008 and the dispute over whether this action is settled, the Final Pretrial Conference set for March 26, 2007, and the trial set to commence on April 3, 2007, are vacated. Further, Defendants' motion to enforce settlement referenced in the stipulation shall be filed no later than April 16, 2007; any response to the motion shall be filed no later than April 30, 2007; and any reply shall be filed no later than May 7, 2007. The hearing on the motion is scheduled to commence at 10:00 a.m. on May 14, 2007.

        If a motion to enforce settlement is not filed as stated above, each party shall file a status report no later than April 16, 2007.

1  　　　　The Clerk of the Court is directed to serve Plaintiff with a
2  copy of this order at the following address:  Mark A. Doucette; 767
3  Eagle Avenue; Alameda, California 94501.
4  　　　　IT IS SO ORDERED.
5  Dated:  March 8, 2007

7  _____
　 GARLAND E. BURRELL, JR.
8  United States District Judge