```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


MARK DOUCETTE,                      )
                                    )    2:05-cv-01362-GEB-KJM
                    Plaintiff,      )
                                    )    ORDER
     v.                             )
                                    )
COUNTY OF SACRAMENTO; DEPUTY        )
MARTIN CROSBY; SERGEANT DAVID       )
CUNEO; DEPUTY CORY MOORE,           )
                                    )
                    Defendants.     )
                                    )
```

On March 3, 2005, the Court issued an Order forbidding Plaintiff from engaging in hybrid representation since permitting this type of representation is a discretionary decision. See 28 U.S.C. § 1654 (stating that "[i]n all courts of the United States the parties may plead and conduct their own cases personally or by counsel as, by the rules of such courts, respectively, are permitted to manage and conduct causes therein."). On April 16, 2007, Defendants filed a motion to enforce the parties' settlement agreement. Plaintiff's attorneys have not filed an opposition. Accordingly, given Plaintiff's indication that his attorneys are misrepresenting his interests in this matter and in light of the fact that his attorneys have not withdrawn, the Court will allow Plaintiff to represent

1

himself.  Therefore, Plaintiff's filings (docket # 28 and #30) will be considered.  Plaintiff should appear at the hearing on Defendants' motion to enforce the settlement agreement scheduled for Monday, May 14, 2007 at 9:00 am.

The Clerk of the Court shall serve Plaintiff with a copy of this Order and of Defendants' motion to enforce the settlement agreement (docket # 33) at the following address: Mark A. Doucette; 767 Eagle Avenue; Alameda, California 94501.

IT IS SO ORDERED.

Dated:  May 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

2